## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| J.T., an Infant by His Mother and Natural Guardian, CATHERINE PETER, | Docket No.:1:21-CV-00538-PKC-LB |
| Plaintiff, | |
| -against- | |
| IHOP RESTAURANTS LLC, SI GRANITEVILLE PANCAKE HOUSE INC. d/b/a IHOP, RICHMOND IHOP LLC d/b/a IHOP and JANE DOE, a fictitious person the identity of whom is presently unknown, | |
| Defendants. | |

---

### *JURY DEMAND*

**PLEASE TAKE NOTICE** that the undersigned demands a trial by jury composed of six (6) jurors in the above-entitled action.

Dated: New York, New York
       May 17, 2021

        Yours, etc.

        _____
        BRADLEY J. LEVIEN, ESQ. (BL-0503)
        MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS
        *Attorney for Defendants IHOP RESTAURANTS, LLC and RICHMOND IHOP, LLC*
        39 Broadway, Suite 950
        New York, NY 10006
        (212) 968-8300
        BLevien@defensecounsel.com
        File # 002466.000065

TO: Joseph P. DePaola, Esq.
     Alan M. Greenberg, Esq.
     GREENBERG LAW P.C.
     *Attorney for Plaintiff*
     370 Lexington Avenue - Suite 801
     New York, NY 10017
     (212) 972-5656